SHERMAN, Appellant, v. SWIFT, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Preston C. Sherman against William C. Swift. No opinion. Order affirmed, with $10 costs and disbursements.

SHARROW, Appellant, v. INLAND LINES, Limited, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Frank Sharrow, as administrator, etc., against the Inland Lines, Limited, and another. No opinion. Judgment affirmed, with costs, upon the opinion of WOODWARD, J., delivered at Special Term. For opinion below, see 82 Misc. Rep. 482, 144 N. Y. Supp. 55. Leave to appeal to Court of Appeals granted, 147 N. Y. Supp. 1141.

SHARROW, Appellant, v. INLAND LINES, Limited, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Frank Sharrow, as administrator, etc., against the Inland Lines, Limited, and another. No opinion. Motion for leave to appeal to Court of Appeals granted. For former decision, see 147 N. Y. Supp. 1141.

In re SHERRILL. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) In the matter of the petition of Adeline M. Sherrill for a revocation of the certificate granted to John H. Collins, etc. No opinion. Order of the County Court of Suffolk County affirmed, with $10 costs and disbursements.

SHOPIRO, Respondent, v. BERLIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Samuel Shopiro against Samuel M. Berlin and another.

PER CURIAM. Order striking out amended answer modified, so as to provide that the amended answer may stand, upon condition that the appellants shall, within · five days after service of a copy of this order, stipulate to proceed to trial of the case at the Trial Term of the Supreme Court now in session in Onondaga county, and, as so modified, the order is affirmed, without costs of this appeal to either party. Order denying motion to change venue affirmed, with $10 costs and disbursements. Motions for rehearing and for leave to appeal to Court of Appeals denied, 147 N. Y. Supp. 1141.

SHOPIRO, Respondent, v. BERLIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Samuel Shopiro against Samuel M. Berlin and another. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. Held, defendants' witnesses are not necessary upon the issues raised by their original answer. If defendants give the stipulation required to retain their amended answer, they thereby elect to try the case in Onondaga county. For former decision, see 147 N. Y. Supp. 1141.

SHUMAN, Respondent, v. SHUMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Lillian B. Shuman against George H. Shuman: E. Herrmann, of New York City, for appellant. L. R. Brilles, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 146 N. Y. Supp. 1113.

SIBEL, Respondent, v. SIBEL et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Action by Mildred Sibel against Andrew Sibel and others. No opinion. Judgment unanimously affirmed, with costs.

SILLS et al., Appellants, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by John S. Sills and others against the Erie Railroad Company. W. A. Young, of New York City, for appellants. O. L. Mills, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

SIMMELINK, Appellant, v. SUPREME COURT I. O. F., Respondent. (Supreme Court, Appellate Division, Fourth Department, April 4, 1914.) Action by Henry J. Simmelink against the Supreme Court of the Independent Order of Foresters.

PER CURIAM. Judgment affirmed, with costs, upon the authority of the decision in same case on former appeal, reported at 152 App. Div. 892, 136 N. Y. Supp. 527.

KRUSE, P. J., dissents, upon the dissenting opinion of SPRING, J., on the former appeal.

In re SIMMONS et al., Board of Water Supply (HILL VIEW RESERVOIRS, SECTION NO. 1, PLOTS A AND B). (Supreme Court, Appellate Division, Second Department. April 10, 1914.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply, etc., Hill View Reservoir, Section No. 1, Plots A and B. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

SINKS, Respondent, v. INTERNATIONAL AUTOMOBILE LEAGUE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by F. N. Sinks against the International Automobile League.

PER CURIAM. Judgment and order reversed, with costs, the directed verdict set aside, and defendant's motion for dismissal of the plaintiff's complaint granted, with costs. Held, that the defendant, being, as to the state of Ohio, a foreign corporation, service of process on Rumstay did not give the court of that state, in which the judgment sued upon in this action was recovered, jurisdiction of the defendant; it having been proved in this action that he was not a managing agent of defendant, within the meaning of that term as used in the statutes of that state, prescribing the method of service of process on foreign corporations, and service of such process upon him was not a service upon defendant.